168 A.3d 69

**STATE of Maryland**

v.

**NEISWANGER MANAGEMENT SERVICES**

**Pet. Docket No. 159, Sept.Term, 2017**

Court of Appeals of Maryland.

August 28, 2017

Pending in the Court of Special Appeals (No. 526, Sept. Term, 2017). Transferred to the regular docket as No. 28, Sept. Term, 2017.

Petition for writ of certiorari granted